RECEIVED
APR 2 2 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____DIVISION

LEOPOLD E. MAYES )
**NAME OF THE PLAINTIFF** )
) Missouri Commission on Human Rights
)
- vs - )
)
UNITED PARCEL SERVICE )  Case No.
)
_____ )
)
_____ )  JURY TRIAL DEMANDED
)
_____ )  YES \_\_  NO \_\_
**NAME OF THE DEFENDANT OR** )
**DEFENDANTS** (Enter above the full name(s) of )
ALL defendant(s) in this lawsuit. Please )
attach additional sheets if necessary. )

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

**X** Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

**X** Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
**NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

\_\_\_ American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe) _See Attached_

## PARTIES

2. Plaintiff's name: _LEOPOLD E. MAYES_

   Plaintiff's address: _3716 SULLIVAN ST._
   Street address or P.O. Box

   _SAINT LOUIS, MISSOURI 63107_
   City/ County/ State/Zip Code

   _314-740-7834_
   Area code and telephone number

3. Defendant's name: _UNITED PARCEL SERVICE_

   Defendant's address: _13818 RIDER TRAIL NORTH_
   Street address or P.O. Box

   _EARTH CITY, MISSOURI 63045_
   City/County/State/Zip Code

   _(800)-742-5877_
   Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4.  If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____
(Street Address)          (City/County)          (State)   (Zip Code)

5.  When did the discrimination occur? Please give the date or time period:

_DECEMBER 10, 2014_____

## ADMINISTRATIVE PROCEDURES

6.  Did you file a charge of discrimination against the defendant(s) *(UPS - The Employer)* with the Missouri Commission on Human Rights?

__X__ Yes   Date filed: _01-19-2015_____

_____ No

7.  Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

_____ Yes   Date filed: _____

_____ No

8.  Have you received a Notice of Right-to-Sue Letter?

__X__ Yes                    _____ No

If yes, please attach a copy of the letter to this complaint.

9.  If you are claiming age discrimination, check one of the following:

_____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

\_\_\_\_ failure to hire me

_X_ termination of my employment

\_\_\_\_ failure to promote me

\_\_\_\_ failure to accommodate my disability

\_\_\_\_ terms and conditions of my employment differ from those of similar employees

\_\_\_\_ retaliation

\_\_\_\_ harassment

\_\_\_\_ other conduct (specify): _____

I filed a complaint against: Teamster Local 688 for discrimination in failing to represent because of my race and sex, (2) U.P.S. for terminating me because of my race and sex.

Did you complain about this same conduct in your charge of discrimination?

_X_ Yes          \_\_\_\_ No

11. I believe that I was discriminated against because of my (check all that apply):

    **X** race

    ___ religion

    ___ national origin

    ___ color

    **X** gender

    ___ disability

    ___ age (my birth date is: _____)

    ___ other: _____

---

Did you state the same reason(s) in your charge of discrimination?

**X** Yes                    ___ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

I am filing charges against:

1. United Parcel Service (U.P.S.) for terminating me because of my race and sex on bogus charges of sexual harassment.

2. Teamster Local 688 for failing to provide representation because of my race and sex; specifically failing to argue for local venue and adequate representation.

(Attach additional sheets as necessary).

13. The acts set forth in paragraph 12 of this complaint:

\_\_\_\_\_ are still being committed by the defendant.

\_\_\_\_\_ are no longer being committed by the defendant.

\_\_\_\_\_ may still be being committed by the defendant.

### REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

I cannot afford an attorney. I request the court to help me locate an attorney to represent me, without payment of any fees or cost, in all matters arising from the racial and gender discriminatory practice of United Parcel Service (UPS) sexual harassment, Unfair Labor Practices and firing from my job.

Signed this 5th day of April, 2016.

Leopold Mayes
Signature of Plaintiff