# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

RECEIVED APR 22 2016 U.S. District Court Eastern District of MO

Charge Presented To:  Agency(ies) Charge No(s):
[X] FEPA  E-04/15-45136
[X] EEOC  28E-2015-00932C

## Missouri Commission On Human Rights
*State or local Agency, if any* and EEOC

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Leopold Mayes | 314-740-7834 | |

| Street Address | City, State and ZIP Code | County |
|---|---|---|
| 3716 Sullivan Street | St. Louis, Mo 63107 | SL CO |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| United Parcel Service | 15+ | (800) 742-5877 |

| Street Address | City, State and ZIP Code |
|---|---|
| 13818 Rider Trail North | Earth City, MO 63045 |

DISCRIMINATION BASED ON (Check appropriate box(es).)
[X] RACE   [ ] COLOR   [X] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN
[ ] RETALIATION   [ ] AGE   [ ] DISABILITY   [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest       Latest
                12/10/2014
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I believe I was sexually harassed due to my gender, male. Beginning 2010 I was subjected to a hostile work environment by three female coworkers at various times due to my gender. The harassment and actions of the first female employee included the following; (a) continually asking me to spend the night, "all night" at one of the female employee's house, (b) comments that she did not want one or two hours only, she wanted "it all night long", (c) dropped her pants to expose a bruise on her naked bare bottom in a trailer, (d) attempted to touch my genitalia, (e) often patted my butt, and (f) annoyingly and repeatedly asking me "when are we going to get together?" and trying to challenge me to accept her sexual advances by making statements such as "Leo, he scared. He ain't coming over". The harassment and actions of the next female employee included the following; (a) repeatedly patted me on my butt, (b) refused to follow directives of a supervisor and stated "fuck that nigger" to her supervisor. The actions and harassment of the third female employee (supervisor in training) included the following; (a) positioning her body so that she was in full contact with my body, or to create an environment where she had to rub against me or me against her when I was performing my work assignments. The employee also made inappropriate sexual jokes about work. This harassment continued until I was terminated on December 10, 2014.

I believe I was harassed race, African American. On several occasions the female employees in questions referred to me as "incognegro", "nigger" or "fuck that nigger, I am not going to help that nigger out because he has a problem with me." These comments were made well into December 2014 before my termination.

I believe I was discharged due to my gender, male. On December 10, 2014 I was terminated. The stated reason was I had been accused of sexually harassing three female employees by telling them to "suck my dick". These allegations were false.

I believe I was treated differently in the terms and conditions of employment due to my gender, male. Prior to my termination, on many occasions including in December 2014 female employees were given preferential treatment and were not required to follow supervisor's directives. In one incident a supervisor asked a female employee to drop bags on the slide to fill the cart I was filling. The female employee refused stating "fuck that nigger, I am not going to help that nigger out because he has a problem with me." After I was terminated on December 10, 2014 I filed a complaint with Respondent that I was the one who was in fact sexually harassed by the female employees. I was informed by Respondent's employees that they did not believe me. No action was taken against the female employees who I also accused of sexual harassment.

As remedy, I desire an end to the discrimination and anything else the Commission deems just and proper.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT  FILED |
| x 4/14/15  x [signature] Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE  APR 15 2015 (month, day, year)  MO Commission on Human Rights Jefferson City Office |